**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

LAVONDRICK PATTERSON                                                     PLAINTIFF

V.                              CASE NO. 2:25-CV-2035

HOBE RUNION, Sheriff, Sebastian County Detention Center;
DEPUTY WILLIAM DUMAS, Jail Administrator,
Sebastian County Detention Center; KEVIN NICKSON,
Chief Deputy, Sebastian County Detention Center;
ANTHONY CARTER, APRN, Sebastian County
Detention Center; and JESSIE WHITWORTH, Jail Nurse,
Sebastian County Detention Center                                       DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 54 filed in this case on September 25, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and Defendant Dumas is **DISMISSED WITHOUT PREJUDICE** and **TERMINATED** as a defendant to this action.

The case remains referred to the magistrate judge.

**IT IS SO ORDERED** on this 30th day of October, 2025.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE